UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION


JODY LEE BRICKHOUSE,                          )
                                             )
                    Plaintiff,                )
                                             )      **JUDGMENT IN A CIVIL CASE**
          v.                                  )
                                             )      **CASE NO. 2:17-CV-43-D**
NANCY A. BERRYHILL, Acting Commissioner       )
of Social Security,                           )
                    Defendant.                )


**Decision by Court.**
This action came before this Court for ruling as follows.


**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's motion for judgment on the
pleadings [D.E. 16] is DENIED, defendant's motion for judgment on the pleadings [D.E. 19] is
GRANTED, defendant's final decision is AFFIRMED, and this action is DISMISSED.




**This Judgment Filed and Entered on January 25, 2019, and Copies To:**
Branch W. Vincent, III                    (via CM/ECF electronic notification)
Amanda B. Gilman                          (via CM/ECF electronic notification)




DATE:                                 PETER A. MOORE, JR., CLERK
January 25, 2019                       (By)  /s/ Nicole Sellers
                                        Deputy Clerk